1  **RICHARD P. BERMAN #55462**
   **Attorney at Law**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 438-7425
   FAX (559) 233-6947
4

5  ATTORNEY FOR   Defendant, THIEN NGUYEN

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, YOSEMITE DIVISION**

10  * * * * * * *

11  **UNITED STATES OF AMERICA,**          **Case No.: 6:07MJ00156**

12         **Plaintiff,**                  **WAIVER OF APPEARANCE**

13      **vs.**

14  **THIEN THANH NGUYEN,**

15         **Defendant.**

16

17      **NOW COMES** Defendant, THIEN THAHN NGUYEN, through her
18  attorney, RICHARD P. BERMAN, having been advised of her right to
19  be present at all stages of the proceedings, including, but not
20  limited to, presentation of and arguments on questions of fact
21  and law, and to be confronted by and cross-examine all
22  witnesses, hereby waives the right to be present at the hearing
23  of any motion or other proceedings in this cause.  The
24  undersigned Defendant hereby requests the court to proceed
25  during every absence of the Defendant that the court may permit
26  pursuant to this waiver, and hereby agrees that her interest is
27  represented at all times by the presence of her attorney the
28  same as if the Defendant were personally present in court, and

further agrees that notice to her attorney that her presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of her appearance at that time and place.

Dated: August 15, 2007.

/s/ THIEN THANH NGUYEN
THIEN THANH NGUYEN

Dated: August 15, 2007.    LAW OFFICE OF RICHARD P. BERMAN

By /s/ RICHARD P. BERMAN
RICHARD P. BERMAN
Attorney for Defendant,
THIEN THAHN NGUYEN

\*\*\*\*\*\*\*\*\*\*

IT IS SO ORDERED.

**Dated:   September 10, 2007**           /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE